**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03441-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID NEAL,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

---

ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

On December 19, 2013, Applicant submitted an Application for a Writ of Habeas Corpus Pursuant to U.S.C. § 2241.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Applicant will be directed to cure the following if he desires to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application

(10)   X    other: In the alternative pay the $5 filing fee.

**Complaint, Petition or Application**:

(11)   __    is not submitted
(12)   __    is not on proper form
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. __
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED December 21, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge