**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03441-LTB

DAVID NEAL,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant filed a "Motion to Comple Disposition," ECF No. 11, on March 25, 2014. The Motion is denied as moot. This action was dismissed on March 25, 2014.

Dated: April 1, 2014